1
2
3
4
5
6
7

8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11  GEORGE T. PAYNTER,

12              Petitioner,

13          v.

14  STATE OF WASHINGTON,

15              Respondent.

16

Case No.  C08-5164FDB

ORDER GRANTING I.F.P.
APPLICATION

17     Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not
18  appear to have funds available to afford the $5.00 filing fee.
19     The Clerk is directed to mail a copy of this Order to petitioner.
20     DATED this 18th day of April, 2008.
21
22
23

 */s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

24
25
26
27
28

ORDER
Page - 1