1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

GEORGE TRACY PAYNTER,

8

Petitioner,

9

v.

10

RON VAN BOENING,

11

Respondent.

12

Case No. C08-5164RJB/JKA

ORDER GRANTING
PETITIONER'S MOTION
TO AMEND THE PETITION

13
14

This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge.

15

Petitioner has filed a motion to amend the petition to name Mr. Van Boening as the respondent (Dkt.

16

# 18).  The motion is **GRANTED**

17

The clerk is directed to send copies of this order to petitioner and counsel for respondent.

18
19

DATED this 21 day of July, 2008.

20

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

21
22
23
24
25
26
27
28

ORDER- 1