UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE T. PAYNTER,

    Petitioner,

v.

RON VAN BOENING,

    Respondent.

Case No. C08-5164FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION and
DENYING HABEAS CORPUS
PETITION

Petitioner presented four grounds for habeas corpus relief: violations of due process, double jeopardy, and equal protection, and ex post facto violations. The Magistrate Judge thoroughly reviewed the procedural history in this case where Petitioner presented issues to the Washington Supreme Court on three separate occasions. The Magistrate Judge concluded that Petitioner failed to properly exhaust his claims because he did not fairly present the claims to both the Washington Court of Appeals and the Washington Supreme Court as federal claims.

Petitioner's September 8, 2008 letter is construed as objections to the Report and Recommendation. Although Petitioner again expresses inadequate representation in his efforts to petition the Courts and faults the legal system, the Court is convinced that the Magistrate Judge's Report and Recommendation must be adopted.

The Court, having reviewed the petition, the Report and Recommendation of the Hon. J. Kelley Arnold, United States Magistrate Judge, Petitioner's September 8, 2008 letter to the Court, which are construed as objections to the Report and Recommendation, and the remaining record, does hereby find

1 and Order:
2     (1) The Court adopts the Report and Recommendation;
3     (2) The petition for writ of habeas corpus is DENIED;
4     (3) Petitioner's pending motions are moot and/or inappropriate and therefore DENIED; and
5     (4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Hon. J. Kelley Arnold.

DATED this 19th day of September 2008.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE