# United States District Court

WESTERN DISTRICT OF WASHINGTON

GEORGE T. PAYNTER

v.

RON VAN BOENING

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5164FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation;

The petition for writ of habeas corpus is DENIED; and

Petitioner's pending motions are moot and/or inappropriate and therefore DENIED.

| September 23, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk